UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICK WOLFSON ,

       Plaintiff,                         **NOTICE OF SETTLEMENT**

      v.                                  **Civil Action No. 21-CV-359**

ADORE ME INC.,

       Defendant,
_____

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Discontinuance of this action with prejudice pursuant to Fed. R. Civ.P.41(a) by October 8, 2021.

DATED: 8/9/2021

                                                  /s/ Seth J. Andrews_____
                                                  Seth J. Andrews, Esq.
                                                  Law Offices of Kenneth Hiller, PLLC
                                                  Attorneys for Plaintiff
                                                  6000 N. Bailey Avenue – Suite 1A
                                                  Amherst, New York 14226
                                                  (716) 564-3288
                                                  sandrews@kennethhiller.com