UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICK WOLFSON,

                Plaintiff,

    -vs-

                                         **Case No. 21-CV-359**

ADORE ME INC.,

                Defendant,
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. The parties agree that the Court shall retain jurisdiction over the matter to allow for enforcement of the settlement agreement and that the matter may be re-opened upon good cause shown within 60 days from the date of the filing of this stipulation, if settlement is not consummated.   This stipulation may be filed without further notice with the Clerk of the Court.

DATED: 10/12/2021                                 DATED: 10/12/2021

/s/ Seth J. Andrews_____                /s/ Kenneth M. Alweis
Seth J. Andrews, Esq.                            Kenneth M. Alweis, Esq.
Law Offices of Kenneth Hiller                Goldberg Segalla, LLP
6000 North Bailey Avenue, Suite 1A        5786 Widewaters Parkway
Amherst, NY 14226                                Syracuse, NY 13214
Telephone:  (716) 564-3288                   Telephone: (315) 413-5410
*Attorney for Plaintiff*                                 *Attorney for Defendant*